# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:12-CV-92-GCM

|  |  |
|---|---|
| JOHN FEEZOR., | ) |
| Plaintiff, | ) |
| v. | )  **ORDER GRANTING** |
|  | )  **ADMISSION PRO HAC VICE** |
| JOHN F. WIELAND, J.T. | ) |
| MCMICKLE, JOHN WIELAND | ) |
| HOMES AND NEIGHBORHOODS | ) |
| OF THE CAROLINAS, INC., | ) |
| JOHN WIELAND HOMES AND | ) |
| NEIGHBORHOODS, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **CLARE H. DRAPER, IV** to appear *Pro Hac Vice*, dated February 29, 2012 [doc.# 5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Draper has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 2, 2012

Graham C. Mullen
United States District Judge