IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-92-GCM

| | |
|---|---|
| JOHN FEEZOR., ) | |
|       Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| JOHN F. WIELAND, J.T. ) | |
| MCMICKLE, JOHN WIELAND ) | |
| HOMES AND NEIGHBORHOODS ) | |
| OF THE CAROLINAS, INC., ) | |
| JOHN WIELAND HOMES AND ) | |
| NEIGHBORHOODS, INC., ) | |
|       Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **EDMUND MORRELL** to appear *Pro Hac Vice*, dated February 29, 2012 [doc.# 6].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Morrell has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 2, 2012

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge