# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| JOHN FEEZOR, | ) | Case Action No.: 3:12-cv-00092-GCM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN WIELAND HOMES AND | ) | **ORDER FOR ATTACHMENT** |
| NEIGHBORHOODS OF THE CAROLINAS, | ) | |
| INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**To The Sheriff Of The County Named Below:**

The above named plaintiff has applied for an attachment of the property of the defendant John Wieland Homes and Neighborhoods of the Carolinas, Inc., in this action and has executed and delivered to the Court a satisfactory attachment bond. It appears to the satisfaction of the Court that the allegations in the plaintiff's affidavit are true.

You are commanded to attach and keep safely as much of the property of the defendant John Wieland Homes and Neighborhoods of the Carolinas, Inc., within your county which is subject to attachment, as is sufficient to satisfy the amount sought in the Affidavit in Attachment Proceeding, the costs of the action and expenses. You are further Commanded to make return of this Order to the Court within the time allowed by law. The amount sufficient to satisfy the plaintiff's demand is shown below.

Specifically, and subject to the preceding paragraph, the Court commands the attachment of that certain real property belonging to the defendant John Wieland Homes and Neighborhoods of the Carolinas, Inc., which is listed on Exhibit A attached hereto.

| | |
|---|---|
| *County In Which Order To Be Served*<br>Mecklenburg | *Date Issued*<br>30 Aug 2012 |
| *Amount Sufficient to Satisfy Plaintiff's Demand*<br>$1,392,407.20 | *Signature*<br>Graham C. Mullen |
| | *Title*<br>Sr. U.S. Dist Judge |

## RETURN OF SERVICE

I certify that pursuant to this Order I levied on the following described property of the defendant on the date set out below:

| DATE OF LEVY | PROPERTY LEVIED ON |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**NOTE TO SHERIFF:** *If you levy on real property, in addition to returning the order and return of service to the Clerk of the United States District Court For the Western District of North Carolina, Charlotte Division, you must give a copy of this order and return of service to the Clerk of Superior Court of Mecklenburg County.*

**NOTE TO MECKLENBURG COUNTY CLERK:** *If the return certifies that the sheriff levied on real property, note the levy on the judgment docket and index it.*

☐ No levy has been made within ten (10) days after the issuance of this Order Of Attachment for the following reasons:

| *Fee Paid*<br>$ | *Date Received* | *Name of Sheriff* |
|---|---|---|
| *By* | *Date Served* | *County* |
|  | *Date Returned* | *Deputy Sheriff Making Return* |

*Judgment Docket Book And Page No. (If Real Property Attached)*

Case 3:12-cv-00092-GCM   Document 21   Filed 08/30/12   Page 2 of 3

**Exhibit A:**

Defendant John Wieland Homes and Neighborhoods of the Carolinas, Inc., is the owner of the following parcels of real property located in Mecklenburg County, North Carolina:

| Parcel No. | Address | Tax Value |
|---|---|---|
| 22101205 | 1033 Marfield Lane, Pineville, NC | $361,100.00 |
| 22101204 | 1025 Marfield Lane, Pineville, NC | $272,400.00 |
| 22101578 | 12805 Jacks Lane, Pineville, NC | $63,000.00 |
| 22101577 | 12808 Flagstone Drive, Pineville, NC | $63,000.00 |
| 02114204 | 12400 Leffert's House Place, Huntersville, NC | $181,300.00 |